

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00568-CV

**IN THE INTEREST OF D.J.R.**, D.J.O. and I.L.A.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01589
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are assessed against appellants.

SIGNED November 29, 2023.

Liza A. Rodriguez, Justice